FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2023

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Ann T. Wick
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-CR-23-TOR |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. § 2251(a), (e) Production and Attempted Production of Child Pornography (Count 1) |
| MICHAEL GENE RICE, | |
| Defendant. | |
| | 18 U.S.C. § 2260A Commission of a Felony Sex Offense by an Individual Required to Register as a Sex Offender (Count 2) |
| | 18 U.S.C. § 2253 Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

Between on or about February 9, 2022, and on or about February 15, 2022, in the Eastern District of Washington, the Defendant, MICHAEL GENE RICE, having been previously convicted of Rape of a Child in the First Degree, Case No. 01-1-00291-3, in violation of RCW 9A.44.073, in the Superior Court of

INDICTMENT – 1

Washington for Grant County, did knowingly employ, use, persuade, induce, entice, and coerce a minor child, Minor L, a minor born in 2010, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, such visual depiction having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and did attempt to do the same, in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 2

The Defendant, MICHAEL GENE RICE, committed the felony offense involving a minor charged in Count 1 of this Indictment at times when Defendant was required by Federal and other law to register as a sex offender, in violation of 18 U.S.C. § 2260A.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251(a), (e), as set forth in this Indictment, Defendant, MICHAEL GENE RICE, shall forfeit to the United States of America any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property.

INDICTMENT – 2

If any of the property described above, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 7th day of March, 2023.

                                          A TRUE BILL

_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Ann T. Wick_
Ann T. Wick
Assistant United States Attorney

INDICTMENT – 3